```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORGE MARTINEZ-CISNEROS,

                Petitioner,

-against-

MR. HUFFORD, Warden,

                Respondent.

13 Civ. 6888 (AT) (JCF)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

ANALISA TORRES, District Judge:

    On September 26, 2013, Petitioner, Jorge Martinez-Cisneros, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. On January 10, 2014, the Court referred the matter to Magistrate Judge James C. Francis IV.

    After careful consideration, Magistrate Judge Francis issued a Report and Recommendation ("R & R"), proposing that Petitioner's petition be denied as moot. Despite notification of the right to object to the R & R, no objections were filed, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2). When no objection is made, the Court reviews the R & R for clear error. *Dunham v. City of New York*, 11 Civ 1223, 2013 WL 929029, at *1 (S.D.N.Y. Mar. 11, 2013). The Court finds no clear error. Accordingly, the Court ADOPTS Magistrate Judge Francis' R & R in its entirety. Petitioner's petition is DENIED as moot.

    The Clerk of Court is directed to close the case and to mail a copy of this order to *pro se* Petitioner.

    SO ORDERED.

Dated: August 5, 2014
       New York, New York

                                          ANALISA TORRES
                                      United States District Judge